| Name, Address and Telephone Number of Attorney(s): | |
|---|---|
| Brent H. Blakely (SBN 157292); Cindy Chan (SBN 247495)<br>BLAKELY LAW GROUP<br>915 N. Citrus Avenue<br>Hollywood, CA 90038; (323) 464-7400 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| DECKERS OUTDOOR CORPORATION,<br><br>v.          Plaintiff(s) | 2:12–CV–09848 RGK (MANx) |
| ASH INTERNATIONAL GROUP LIMITED,<br><br>                Defendant(s). | REQUEST:<br>ADR PROCEDURE SELECTION |

Pursuant to Civil L.R.16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the ☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☑ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel for mediation.

☐ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: June 21, 2013        /s/ Cindy Chan

Attorney for Plaintiff  Deckers Outdoor Corporation

Dated: _____        _____

Attorney for Plaintiff

Dated: June 21, 2013         /s/ Lena Bacani
                             LENA BACANI
Attorney for Defendant  ~~ASH INTERNATIONAL GROUP LIMITED~~

Dated: _____        _____

Attorney for Defendant

NOTE: If additional signatures are required, attach an additional page to this request.

---

ADR-01 (01/12)            REQUEST: ADR PROCEDURE SELECTION            Page 1 of 1